Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

3;17 cv 977ac e

1  On Oregon IN THE UNITED STATES DISTRICT COURT aka d(D)istrict c(C) ourt of the
2  United States FOR THE DISTRICT OF OREGON seeking jurisdiction and justice at     1000
3  SW 3rd Ave, Portland in courthouse 740! Article III court of record, filed on demand.

4  Ronald Charles Vrooman                                     )

5  Party for Plaintiff Pro se and                             )

6  Ronald Charles Vrooman Private Attorney                    )
   Generals by the United States Congress 42
7  U.S.C.1988 and18 U.S.C.1510 and 18 U.S.C.                  )
8  1512 and to be known as "One of the People"                )
   also "Qualified Criminal Investigator" and
9  "Federal Witness" and by unrebutted affidavit.             )
   Status identified and unrebutted. Others to be
10 named and added later.

11 v rs.

12 Federal District Court Oregon, Michael
13 Mosman, Anna J. Brown, Michael McShane,
   Michael Simon, Youlee Yim You, John
14 Acosta, Garr M. King, Stacie Beckerman
15 ,others may be added; concerning case
   numbers 3;16 cv 0770 yy, 3;16 cv 1109 yy,
16 3;16 cr 00052 br, 3;17 cv 00138 ki, 3;17 cv
   00602.mc, 3;16 cv 2187 ac, 3;17 cv 00744 sb,
17 3;17 cv 00547 mc. Washington County
18 Circuit Court, D. Charlie Bailey, Suzanne
   Upton, Rick Knapp, Oscar Garcia, Beth
19 Roberts case number D144354M; Oregon
20 Appellate Court,  Duncan, DeVore and
   Garrett (no first names supplied by them)
21 Erika L. Hadlock,  cases numbers A159740,
   A164225; Oregon Supreme Court, Martha L.
22 Waters  case number S064694; Beaverton
23 Municipal Court, Frank Ravelo, John Mercer,
   Erin Kirkwood    case number UC7945181
24 others may be added, such as: employees and
   officers of the court, city, county and state.  If
25 these names are not exact they are close
26 enough to identify the persons.

Defendants, party against

FILED 26 JUN '17 14:18 USDC-ORP

Case number:                     A
new case opened in Equity Court at 1000
SW 3rd Portland Hatfield Building. The
claim is made. I deny the jurisdiction of
any court that could not prove their claim.
So, The same plantiff, party for in 3;17 cv
977 ac, Ronald Charles Vrooman trustee to
the Private membership association PMA
named RONALD CHARLES VROOMAN
BRING ALL OF THESE CLAIMS TO
THE EQUITY Article III court.

3'17 - CV  990 - SI

3;17 cv 977 e

Failure to provide due process and
violations of inalienable, civil and human
rights and RICO. All are violations of 18
USC 3571 and other codes, thus of my
inalienable rights guaranteed by our
Constitution.  During the unlawful conduct
in their courts and in their paperwork proof
of and incontrovertible evidence in their
own records of violation of governing law.
SCOTUS case law is law for all inferior
courts. Thus my/our rights as/for
Oregonians, non US citizens, free
inhabitants, and others as they are
identified have been violated.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

3;17 cv 977ac

27

28  It was the original intention to just sue the judges and courts listed. However, when
29  accompanying the servers at the several courts and interacting with employees of the various
30  corporate governances and unproven courts of record with unproven jurisdiction: it becomes
31  necessary to add this affidavit of truth to the original case.

32  Add these defendants and each has the claim with the name or description.

33  1st. Janett Cubias self identified deputy clerk of the courthouse at 740. Due process violation

34  2nd Eric Oss supervisor at courthouse 740. Due process violation

35  3rd Mary Moran clerk of court at 740. Due process violation

36  4th unknown clerks of court at 740. Due process violation.

37  5th Quinn Harrington attorney 6th floor AG/DOJ . due process violation.

38  6th Practices and procedures of this court will verify due process violations in each case filed..

39  7th unknown clerk of the circuit court Hillboro. Due process violation.

40  8th Corporal Wayne Mohler Washington County Sheriff due process violation

41  9th Mark Larson Deputy Washington county Sheriff Due process violation.

42  10th Richard Moellmer Court administrator circuit court Hillboro. Due process violation.

43  11th Kingsley Klick Court Adminstrator for state of Oregon in Salem. Due process violation.

44  12th Obstructing justice in an investigation.

45  13th I deny all defendant persons listed in 3;17 cv 977ac. their status. Due process violations. I
46  have done all I can and they deny me lawful/legal input.

47  14th I deny that the Mark O. Hatfield Building at 1000 SW 3rd Ave. Portland is a lawfully, legally
48  constituted court in a lawfully, legally with deeds& titles and legislative authority, as determined
49  by the founding documents circa 1819 thru 1860.

50  15th I deny that this court can provide the required Article III courts. I have requested bona fides,
51  FOIA and in documents filed into these several courts. None can fulfill their own
52  Constitutional/statutory requirements.

53  16th I deny that this court provides Pro se and in propria persona receive proper practices and
54  procedure and the records will prove this. Due process violation, civil rights, RICO is the claim
55  based on our investigation on-going.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com
~~3;17 cv 977ac~~

56

57  THE CLAIMS by affidavit of truth Ronald Charles Vrooman: I filed 3;17 cv 977 ac into the
58  court with Janett, with a witness present. The chain of events goes like this. Are you filing this
59  new? Yes, where is Matt? Matt is on vacation. I need to show this to someone and get assistance
60  and return. She returns and says I can only accept an original. No, I keep my original and you
61  get my certified copy. I need to check on that. She returns and accepts my case 3;17 cv 977 ac.
62  On the docket.

63  My server steps up and confirms; she is a deputy clerk of the court in 740 and he is serving the
64  papers to her, for the court's judiciary. Janett refuses service. Sits down and crosses her arms.
65  Due process violation of governing law. Next I ask for a supervisor Eric. Eric is not in. Let me
66  speak to another clerk. There is no one here except me! May I have your card? I have no cards.
67  Please write your name. She did. I was reluctant to file a claim against Janett! As she was doing
68  as she was directed. Janett asks are you going to take care of the fee today? I said, no not today.
69  That is one of the claims. I enter it here for practices and procedures: I know fees to me, to be
70  against governing law; thus fraud, attempted fraud and more, due process violations. Every paper
71  I file, causes me to file two more. SWTF that is "what the fuck scientifically using a computer."
72  Like wag and swag. Wild ass guess and scientific wag.

73  Now comes claims on Eric Oss: due process violations in his previous handling of cases filed
74  into this case, Proof is in the record of Eric back dating, delaying, and in general not acting like
75  the liaison he identified himself to be. As a supervisor he could have been the person out of sight
76  and sound advising Jenett. Due process violations.

77  Now comes claims on Mary Moran clerk of court at 740: the responsible management employee
78  of the DC Municipal court Inc. on Oregon, the senior most, in none judicial matters. This is not
79  judicial. I mailed return receipt requested a Notice and Demand long before The cowboys out in
80  Easter Oregon were kidnapped, murdered, incarcerate and found "NOT FUCKING GUILTY."
81  Mary refused to respond. Due process violation. I know Mary is receiving my documents as she
82  responded to a Traverse, that M. Mosman neglected. Due process violations. Mary permitted a
83  clerk or clerks at Anna Brown's order to remove documents filed into the record with Anna
84  Brown's specific authorization to me, Ronald Charles Vrooman. I have it in writing! 5
85  documents were filed and all were removed and that is also within the records of this court. I got
86  4 of my 5 documents back. Mutilation and yatayata on documents. I have the clerks name and all
87  of you acquiesced to this due process violation. Mosman and Brown are already defendants.

88   I now anonymously bring

89  4th unknown clerk (s) that the record proves did the unlawful removal of records from the case
90  3;16 cr 00052 br. Also included are the managerial up line within the clerks of the court such as
91  Eric and Mary. I deny your authority to remove documents filed into a court of record , it was
92  done! prove your authority! by your actions be it known

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com                                                     3;17 cv 977ac

93      The transcript of 3;16 cr 00052 br is part of this case.

94      My server and I went to the 6th floor to see the AG/DOJ Seth. When we arrived at the window.
95      Server asked, do you accept service? The receptionist, a man, said yes! pass it thru. I asked if he
96      would stamp my copy, of what was just served. and he said yes and stamped it.

97      I asked to speak to the AG Seth? Seth is out, will you speak to someone else? Yes. Shall I give
98      these papers to him? Yes please. Server and I sit at a round table in the lobby area. Not rented
99      space of DOJ. Part of the space the GSA assured me was not rented and open access to we,
100     anyone of the people.

101     4th Quinn Harrington attorney 6th floor AG/DOJ supposedly. Quin stepped up and said, I'm
102     Quinn and we shook hands all around. I do criminal and this is civil and I don't accept service.
103     Quinn is standing there with the docs in his hand. Notice to the agent and all that jazz. This is a
104     due process violation and could be known as an attempt to defraud. Intimidation! We laugh at
105     Quinn. You have them in your hand. Pleasant person and we had a few minutes and began to
106     communicate. Quinn provided no ID when asked, not even a presentation card. I deny Quinn's
107     authenticity.ID required will be as per governing law. Bar card, oath, bond, FARA certification.
108     Employee ID of the corporate governance Duns number identified AG/DOJ and what state was it
109     incorporated in/into. Not to be confused with Federal ID number of the corporation that actually
110     pays your income and how does that build toward a retirement plan. It is suspected that you folks
111     are a private corporation for hire. I am finding it stupefying that none have government authority.
112     Clearfield Doctrine.

113     . Seth, I consider to be a pleasant person, considering he's a red headed Irishman attorney. ☺Seth
114     gets off the elevator in casual clothes with a sharp black suit on a hanger. I rag him a bit looks
115     like a tux; where is the stripe down the pants?

116     Seth reiterates, we see the same laws and ruling differently. I told the two of them, there is some
117     criminal shit on those guys, in the records of their courts of record! So, you read what went
118     down; you look at the governing law and a jury decides. I don't care what your opinion is. Say it
119     in court. What makes you think you'll ever see a court?. The law, you must follow the law, no
120     interpretations, that is for a jury to decide. If, I in my cv case find incontrovertible evidence of
121     RICO. You must prosecute a cr case. Read the law Quinn and you too Seth. No interpretation. I
122     have at least 3 criminal cases in the paper in your hand. Your office is the attorney for the judges.
123     They are served and under investigation. Seth said hire an attorney. I interrupted and said," fuck
124     attorneys;" I don't hire attorneys. Server laughed at them. Me too. Governing law is all written
125     down, I don't use attorneys. I don't gots to show you no stinking badges!.

126     When I first started to file cases into this building, one of the Judges Brown and a DOJ attorney
127     denied there was such a thing as Private Attorney General. Simulating a legal act, I had a
128     Marshall offer to exclude me from the building at the Bundy et al. arraignment. I was not on
129     rented property of the court. I was on GSA identified public not rented space. Simulating a legal

Page 4 of 10

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com
3;17 cv 977 ac

130  process. A person excluded and that returns is in trespass. Due process violation and I deny the
131  Marshalls have that authority without cause, to exclude me. He did threaten. The three ladies
132  stopped his action immediately in our public lobby.

133  It is a Murphy's law !! When a pro se or in propria persona sui juris files a paper into court, the
134  experience will generate two more due process violations. Practices and procedures of this court
135  will verify that statement. The evidence is in your own courts records!!Due process violations. I
136  deny you have the authority you claim verbally and by your actions. And you won't prove your
137  other claims either.

138  7th unidentified self proclaimed clerk of the Washington County Circuit Court, refused service by
139  a process server. After she accepted service from the server with a witness. She took the served
140  documents, Notice to the agent is notice to the Principal, out of our sight. She returned and said I
141  refuse to stamp your copy and I refuse to accept the service; she had in her hand. Due process
142  violation. I explained the rules of a clerk's duty and a servers duty and she still refused.

143  Two sheriff's employees arrived on our side of the glass. Corporal Wayne Mohler and Deputy
144  Mark Larson. They said and agreed too; she is just doing what she was told, she just works here
145  and is not required to identify herself and Suzanne Upton Circuit Court Judge told her to do it.
146  Due process violations by Suzann already a defendant and now Wayne and Mark. As an
147  investigator with a witness this appears to be fraud, attempted fraud, but defiantly enough for due
148  process violations. Obstructing justice anyone?

149  8th and 9th Neither Wayne nor Mark could identify where their authority in ORS that enabled
150  them to deny me my guaranteed inalienable rights. Upon leaving the document in the window
151  slot where the unidentified clerk placed them. We went to Kathy Bose temp location in records
152  and left a hand written note.

153  10th Richard Moeller Court administrator is the/a direct supervisor of the unknown clerk and is
154  also responsible as the senior management employee in clerical. Due process violation by
155  Richard , when he denied me access to the Washington County Grand Jury to testify, Due
156  process violation! Richard !Blocked me from email communications when I refused to agree.
157  There is a law to deal with the situation between Richard and I. Richard chose to break the law.

158  11th Kingsley Klick is Richard's managerial supervisor, she was notified about Richards
159  behavior and refused to communicate and used an employee to intimidate and violate due
160  process. Previously Klick denied public records requests and demands. Due process violations. I
161  deny Klick has the authority to act as she did.

162  12th  see above

163  13th I deny that any of the persons listed in 3;17 cv 977 ac by name are bona fide! Bona fide,
164  certified, bonded or with risk management insurance, appointment, hired, oath taken sign sworn

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com                                                 3;17 cv 977ac

165 and filed; corporate governance employees, no proof has been forthcoming. Therefore, they are
166 bogus until they prove different. Because patterns and practices without their BAR cards, FARA
167 proof, all due process violations.

168 Although no USMS showed up today. I miss Brian. There are some remarkably good people
169 working for the US inc as persons.

170 That is, what this is all about. Seth. I think you work for a bogus corporation doing business from
171 rented rooms in a supposedly federal building. that the title companies , two, couldn't get the
172 records. Sealed by court order! I specifically asked Seth to have that restriction lifted on this
173 property. I am also a criminal investigator, act of congress. Obstructing justice in an ongoing
174 investigation. That is a claim. Number 12.
175
176 The Oregon Legislature has no record of this property ever being authorized for sale to the US
177 inc or any corporate governance or government of the USA. It was never properly executed,
178 enabled, engrossed or whatever. Neither was Mulher Refuge. PAG filed that into Bundy months
179 before they were found not guilty. Brown removed it from the record and several others.

180 14th I deny that the Mark O. Hatfield Building at 1000 SW 3rd Ave. Portland is a lawfully, legally
181 constituted court as determined by the founding document circa 1819 thru 1860. Article III

182 15th I deny that this court can provide the required Article III courts. I have requested bona fides,
183 FOIA and in documents filed into these several courts. None can fulfill their Constitutional
184 requirements. It is claimed that The Judiciary at Portland is made up of attorneys with Federal
185 Judge employment and Magistrates . I deny that they can provide the proof of claims. I beleive
186 some will be Administrative Law Judges and previously found to be un-Constitutional. Ongoing
187 investigation RICO is suspected.

188 . I think fraud is involved. Definitely those 8 judges.
189
190 The GSA on 1000 sw 3rd; provided plots, takings documentation, no title and no deed. Just a
191 statement that the title is held in by UNITED STATES OF AMERICA. NO DEED. The
192 Courthouse will not answer the demands for FOIA on the building and dirt… No more
193 documents on the Hatfield Building. 2nd requests all around.
194
195 Documents sent off , 2 weeks ago, to DC.  To the correct person by name. he's the boss! Of the
196 clerk of the court… Mary, at Portland, will not do her job. Her supervisor, Eric, posts dates and
197 looses paper for weeks. That a judge, Brown, told a clerk to remove documents filed into Bundy
198 et al. and the clerk did it. That is all in this case. 3;17 cv 799 ac.

199
200
201  Seth, you're at DOJ, all are under investigation! as is the judiciary, USMS and the clerks of this

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com                                                      3;17 cv 977ac

202  court. Maybe the AG/DOJ as in denial of Private Attorney General. I'm demanding a pre-trial
203  conference. In past filings, no one rebutted ORCP 20 A It stands. As does Full faith and credit,
204  you know where I lifted that?

205  Note: Over a year ago I called and got all of the documentation on the federal court house, the
206  VAMC and the Beaverton Municipal court. The title company just emailed within minutes. I
207  already have all the documents I'm asking for. Now the court has sealed the records. The newly
208  requested from Title, on VAMC records, are suddenly unavailable. Interesting. But, is it
209  criminal? Under investigation.

210  The guys/girls at the customer service title desk; over several calls over many months... I was a
211  mortgage broker at one time. Title-was real helpful to Ron; the last call netted "records are sealed
212  by a court order." However, there are six different plots of land under that building. all of those
213  six plots have different addresses and 6 owners and all of the mail taxes and such goes to 6
214  different addresses. It is like the building is not part of the land and is treated as private property.
215  On the land of 6 different deeds. I have a copy of the takings. Never recorded, deeds are sealed
216  by the court. Stinky!!!

217  with a/t st of Oregon without county of Washington
218  Signed and sworn before me
219  under penalty of perjury                    [signature] Ronald Charles Vrooman

221  ~~Handwritten Jurat signed and sworn here! Then delivered to each new defendant as service.~~

222  OFFICIAL SEAL
     MELISSA MAE STUDINGER                       6/23/17
223  NOTARY PUBLIC - OREGON
     COMMISSION NO. 941448                       on Oregon within the
224  MY COMMISSION EXPIRES AUG. 16, 2019          United States of America
     [signature] Notary Public - State of OR

225  From here on is original filing.

## Suing a Judge:

227  The case of Ulrich v. Butler case # 09-7660, was a civil case attempting to hold the Court to

228  limits as defined by Constitutional and Statutory Law. Here is the US Supreme Court decision.

229  Here are the details; fasten your seat belt:

230  In the Eleventh Judicial District of Illinois, Woodford County, in a civil case, an individuals civil
231  and constitutional rights were denied as the third judge in the **case (first two Judges were**

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com                                              3;17 cv 977ac

232  recused after review by the Judicial Review Board) did deny multiple requests to have all
233  **proceedings recorded,** did state that no motions or petitions as filed by the individual would be
234  heard, did illegally incarcerate the individual without regard to Habeas Corpus, did knowingly
235  ignore Illinois state statutes, and not only violated due process of Law, but denied equal
236  protection under the law.

237  Failure to obtain substantial Justice in state courts lead to suits being filed in Federal Court under
238  Title 42 United States Code standard 1983.This suit asks for Relief of all orders made in
239  violation of the Law, that Due Process of Law be allowed, and further issue relief as the court
240  deems appropriate.

241  Case Law also states that when a judge acts as a trespasser of the law, when a judge does not
242  follow the law, he then loses subject matter jurisdiction and the Judges orders are void, of no
243  legal force or affect.

244  If an inferior judge acts maliciously or corruptly he may incur liability.

245  Kalb v. Luce, 291 N.W. 841, 234, WISC 509.

246  http://caught.net/prose/suejud.htm

247

248  Notice

249  The records of all cases listed; mine, one additional are now filed into this case as evidence and
250  each court is required to provide their certified transcript and copies of all documents filed into
251  the cases. Thus discovery is delivered. I have my filed stamped copies to compare.

252  ORCP20A; Clearfield Doctrine; Accardi Doctrine; ex Parte Young; ex parte Milligan are all
253  specifically called into this case. They are all governing law.

254  Claim: These courts on their records have denied me remedy by due process violations and
255  failure to abide by governing law.

256  Claim: File on demand, as there is no fee for a man to obtain justice in a court. This has been
257  denied and cases dismissed because I refused to be denied access to governing law. This fee has
258  been collected and will not be reimbursed or refunded.

259  Claim: Each court listed has been challenged to prove their jurisdiction, in writing, into the
260  record and not one has followed governing law or defaulted, legal fictions, color of law. They
261  have jurisdiction over the corporate governance, US citizens and attorneys but not me until
262  proven. This is a violation of governing law.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com                                                  3;17 cv 977ac

263   Claim: A right cannot be converted to a privilege to my detriment; this has been done to me. This
264   is a violation of governing law.

265   This is where many start quoting case law. As I have quoted case law in several cases, many if
266   not all, and it has been ignored. I will wait to quote more case law. Look it up Yourself. This is
267   sufficient to start this case, I need only one claim.

268   Each person listed has many claims against them and to list them all here is a waste, as the
269   transcripts and records filed into each case will with incontrovertible facts be the evidence for
270   this case. Read the case, read the governing law, it is obvious to the jury. I am guaranteed Article
271   III, 11th and VII amendment court.

272   I do legal not lawful and this is my best effort. If my work is deficient please notify
273   me. My status is filed as fact: The right to expatriate is among those we all have. I have
274   done so and filed it into the public record with city of Beaverton, and as a paper into the
275   Beaverton Municipal Court in UC 7945181, and Federal District Court. It is not challenged, so it
276   stands as fact. I am an American state national, a non US citizen; I am on Oregon; I am the
277   trustee of a PMA in the name RONALD CHARLES VROOMAN; I am a flesh and blood man
278   without mala in se crime; I am not in commerce with the state of Oregon; I am without the state
279   of Oregon; within the united States of America. My status is defined and acknowledged in the
280   public record and two courts of recorded, un-rebutted and stands as fact. Therefore, are we
281   dealing with governing law?? Please remember I am not subject to your rules, codes,
282   and statutes. You are, as determined by SCOTUS, that's governing law.

283   Each court and person listed has 21 days from service date to answer the claims and provide
284   notice of intent to defend or default or be in default. This court has 90 days to start the trial, 21
285   days to prove jurisdiction or default with the same penalties.

286   The courts have jurisdiction over the corporate governance entities, inferior courts and BAR
287   attorneys and US citizens that don't know better. But not me the flesh and blood man on Oregon,
288   until proof of jurisdiction is filed in writing into the record of the court in each case, including
289   this one. Therefore, they can comply; all except me are persons of the corporate governance...

290   A default is acquiescence to the charges and proof of desire to settle by finding against my
291   convictions in both D144354M and UC 7945181. This filed document and a calendar are
292   sufficient demand and to obtain from this or any federal district court an order to dismiss the
293   convictions forever, to be so ordered by this or any federal court within 10 days from default date
294   and to be enforced by the United States Marshal Service within 20 days from default date...

295   A default is also sufficient proof to demand that 18 USC 3571 due process has been violated and
296   a penalty of 250,000.00 dollars in silver or the exchange rate in Federal Reserve Notes on the
297   default date. To be paid to Ronald Charles Vrooman by each court and person in default or their

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com
3;17 cv 977ac

298 bond or risk management insurance within 10 days of receiving the order from this court or be in
299 contempt of this or any federal court and prosecuted within 10 days... To be so ordered by this
300 court within 10 days from default date and to be enforced by the United States Marshal Service
301 within 20 days from default date or be in contempt of this court and prosecuted within 10 days...

302 Without equivocation, mental reservation or secret evasion is required of all named here and
303 acting in this matter. No color of law or legal fiction.