# UNITED STATES COURTS FOR THE NINTH CIRCUIT
# DESIGNATION OF A DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Presiding Over Specific Cases*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **John Coughenour,** United States Senior District Judge for the Western District of Washington to perform the duties of United States District Judge temporarily for the District of Oregon for the following specific cases as well as any cases subsequently filed by Ronald C. Vrooman:

*Vrooman v. Federal District Court of Oregon, et al.,* Case No. 3:17-cv-00977

*Vrooman v. Federal District Court of Oregon, et al.,* Case No. 3:17-cv-00990

*Vrooman v. Beaverton City, et al.,* Case No. 3:17-cv-01051

*Vrooman v. Brown, et al.,* Case No. 3:17-cv-01161

*Vrooman v. Mercer,* Case No. 3:17-mc-00323

August 1, 2017

Sidney R. Thomas
Chief Judge

cc:   Hon. John Coughenour
      Hon. Ricardo Martinez, Chief Judge, Western District of Washington
      Hon. Michael Mosman, Chief Judge, District of Oregon
      William McCool, Clerk of Court, Western District of Washington
      Mary Moran, Clerk of Court, District of Oregon