THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| RONALD CHARLES VROOMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL DISTRICT COURT OF OREGON, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. 17-cv-0990-JCC<br><br>ORDER DISMISSING CASE AND ORDERING PLAINTIFF TO SHOW CAUSE WHY A VEXATIOUS LITIGANT ORDER SHOULD NOT BE ENTERED |

　　　　This matter comes before the Court *sua sponte*. Recently, along with a handful of other cases,[1] Plaintiff Ronald Vrooman filed a complaint in the above-captioned matter. (Dkt. No. 1.) Plaintiff did not pay the filing fee and did not submit an *in forma pauperis* application. (*See id.*) On August 7, 2017 this Court issued an order for Plaintiff to show cause why his case should not be dismissed for failure to pay the requisite filing fee or, in the alternative, to apply to proceed *in forma pauperis*. (Dkt. No. 12.) The Court gave Plaintiff 14 days from the date of the order to (1) file a response, (2) pay the filing fee, or (3) apply to proceed *in forma pauperis*. (*Id.*) The Court instructed Plaintiff that failure to do so would result in Plaintiff's case being dismissed.

---

[1] See Case Numbers 17-mc-0323-JCC; 17-cv-1161-JCC; 17-cv-1051-JCC; 17-cv-0977-JCC; 17-cv-1261-JCC.

ORDER DISMISSING CASE AND ORDERING
PLAINTIFF TO SHOW CAUSE WHY A
VEXATIOUS LITIGANT ORDER SHOULD NOT
BE ENTERED 17-CV-0990-JCC
PAGE - 1

1  (*Id.*) Rather than meaningfully respond to the Court's order to show cause, Plaintiff made two
2  additional (and, if they were intended to be a response, untimely) filings. (*See* Dkt. Nos. 13 and
3  14.) These filings alleged, among other things, that Judges Thomas and Coughenour lacked
4  standing to hear his case, RICO and Due Process violations, and that the Court is a legal fiction.
5  (*Id.*) Because Plaintiff did not respond to the order to show cause, pay his filing fee, or apply to
6  proceed *in forma pauperis*, his case is DISMISSED WITHOUT PREJUDICE.

7       Further, it is clear from Plaintiff's actions and filings that he has no intention of abiding
8  by the rules of this Court. Given his propensity for filing frivolous lawsuits and pleadings, and
9  his blatant disregard of both the Local and Federal Civil Rules, the Court ORDERS Plaintiff to
10 SHOW CAUSE why a vexatious litigant order should not be entered. Plaintiff has 14 days from
11 the date of this order to submit a response. Plaintiff shall file only a response to the order to show
12 cause and no other filings. Any filing that is unresponsive to the order to show cause will be
13 stricken from the record. Should the Court enter a vexatious litigant order, it will apply
14 retroactively to all complaints filed prior to the entry of the order, as well as all future
15 complaints.

16      The Clerk is DIRECTED to mail a copy of this order to Plaintiff.

18      DATED this 29th day of August 2017.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE AND ORDERING
PLAINTIFF TO SHOW CAUSE WHY A
VEXATIOUS LITIGANT ORDER SHOULD NOT
BE ENTERED 17-CV-0990-JCC
PAGE - 2