Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

1  On Oregon IN THE UNITED STATES DISTRICT COURT aka District Court of the United
2  States FOR THE DISTRICT OF OREGON seeking jurisdiction and justice at    1000 SW 3rd
3  Ave, Portland in courthouse 740!

4  Ronald Charles Vrooman )

5  Party for Plaintiff Pro se and )

6  Ronald Charles Vrooman Private Attorney )
   Generals by the United States Congress 42
7  U.S.C.1988 and18 U.S.C.1510 and 18 U.S.C. )
8  1512 and to be known as "One of the People" )
   also "Qualified Criminal Investigator" and
9  "Federal Witness" and by unrebutted affidavit. )
10 Status identified and unrebutted. Others to be
   named and added later.
11 Vrs.
12 John Mercer et al
13 Federal District Court of Oregon et al
14 Beaverton City et al.
15 Federal District Court of Oregon et al.
16 Beaverton City et al.
17 Katherine Brown et al.
18
19
20
21
22
23
24
25
26

Case number: ~~17-mc-0323-JCC~~; 17-cv-0990-JCC; ~~17-cv-1261-JCC; 17-cv-0977-JCC; 17-cv-1051-JCC; 17-cv-1161-JCC~~

Failure to provide due process and violations of inalienable, civil and human rights and RICO. All are violations of 18 USC 3571 and other codes, thus of my inalienable rights guaranteed by our Constitution. During the unlawful conduct in their courts and in their paperwork proof of and incontrovertible evidence in their own records of violation of governing law. SCOTUS case law is law for all inferior courts. Thus my/our rights as/for Oregonians, non US citizens, free inhabitants, and others as they are identified have been violated.

A Traverse on orders submitted to these cases. This person, John C. Coughenour, is a defendant and has not filed any documents into these cases proving his jurisdiction. Nor has he provided other required info. That, is why he is a defendant.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

27   I do lawful not legal and this is my best effort. Filed into the record in courthouse 740 at The
28   1000 SW 3rd Ave location. All the documents, I have filed, are active. I need not state all that
29   information again.

30   However I must respond!!!

31   I deny John C. Coughenour has standing in any case of mine. This demand has been entered into
32   the record and not addressed in writing into the records of each case.

33   I deny I have a propensity for filing frivolous lawsuits; I never file a pleading; and do not have a
34   blatant disregard for both Local and Federal Rules. Ney, I say that the court, judiciary and
35   clerical fail to provide me with my Constitutional guarantees.

36   I deny John's authority to order me to show cause. John has not fulfilled his obligations to
37   governing law. Then, he harps at me about showing cause for no vexatious litigant order.

38   I find it incredible that this color of law legal fiction persist. What part of complying with
39   governing law, not your rules is incomprehensible? Notify me and I will provide more
40   documentation. The court that is not a lawful court, it is on Oregon, renting space. The judiciary
41   will not comply with governing law and many have been filed into the records. The several
42   judges, magistrates and clerks of the court are defendants. All charged with violations of my due
43   process 18 USC 3571...

44   I deny 14 days is sufficient time to respond.

45   I deny any fees. The US Supreme Court has ruled that a natural individual entitled to relief is
46   "entitled to free access to its judicial tribunals and public offices in every State of the Union(2
47   Black 620, see also Crandell v Nevada, 6 Wall 35]. Plaintiff (libellant) should not be charged
48   fees or costs for the lawful and Constitutional Right to petition this court in this matter in which
49   he/she is entitled to relief, as it appears that the filing fee rule was originally implemented for
50   fictions and subjects of the State and should not be applied to the Plaintiff who is a natural
51   individual and entitled to relief (Hale v Hinkel, 201 US 43, NAACP v Button, 371 US 415);
52   United Mineworkers v Gibbs, 383 US 715; and Johnson v Avery, 89 S.Ct. 747 (1969). Members
53   of groups who are competent non- lawyers, can assist other members of the group, achieve the
54   goals of the group in court without being charged with "unauthorized practice of law."
55   Petitioner (libellant) cannot be charged a fee as no charge can be placed upon a citizen as a
56   condition precedent to exercise his/her Constitutional Rights, his/her rights secured by the
57   Constitution. A fee is a charge "fixed by law for services fixed by public officers or for use of a
58   privilege under control of government." Fort Smith Gas Co. v Wisemen" 189 Ark.675 74 SW.2d
59   789,790, from Black's Law Dictionary 5th Ed.

60   My status is filed into the record. It is known who I am and there has been to rebuttal. Therefore,
61   All that I have filed into these cases stands as fact.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

62  Today I received a threat(s) from John C. Coughenour, it was in the form of a copies of an order
63  to dismiss and show cause why a vexatious litigant order should not be entered. This was for all
64  the cases listed above.

65  John has not provided proof of jurisdiction into the records of this case. That is a requirement of
66  one of the people entering as pro-se. If I am required to enter this court on this case! Then the
67  judiciary, clerical, and others involved must provide me with the governing law's demands of
68  those in my pro se court.

69  Is a definition of insanity doing the same thing over again, when the first option was wrong to
70  start with??

71  As an example: in the communiqué of 29 August 2017 John is dunning me for money on 17-mc-
72  0323-JCC and I have the receipt that Kam paid. This is the second time that error has been made.

73  As an example: sua sponte has been rejected in writing by me and it appears again. It is on every
74  document erroneously accepted, by clerical, into each case by John. John has not provided proof
75  of jurisdiction to governing law thus, no standing. Nor has the other requirements been entered

76

77  I reiterate as correspondence has crossed in the mail.

78

79  Where do you, US citizens get your privileges? Why, from the 14th amendment! I'm told. I am
80  an American State National, a non US citizen.

81  I deny your privileges. To all US Inc. et al. The city of is a subdivision of, the county of is a
82  subdivision of, the state of is a subdivision of, the Lincoln/FDR corporate governance. circa
83  1861/1933 on or about.

84  I deny there is a 14th amendment. 1. All those involved are dead. It is a nullity. It is legislative
85  intent that is governing law. Not the legal fiction. 2. It was never ratified. It was only said to be
86  ratified. However, the documentation disproves that. There is no corporation of the Lincoln era,
87  there is no corporation of the FDR era. The corporate governance is a legal fiction. I deny it.

88  I deny the 13th amendment that is coupled with the 14th. 1. There is an existing 13th named
89  TONA. That is governing law and not bogus. I deny that the 13th TONA was not ratified. Proof
90  exist that it is authentic and all proof against is legal fiction, color of law, Fraud.

91  I deny the corporate governance of the legislature since 1861 consisting of the Senate and the
92  House of the Constitution of the United States of America circa 1819 through 1860-61. What is
93  being presented is color of law, legal fiction, fraud. I demand remedy!!!

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

94  I deny the federal Article III judiciary since 1991. This is due to legal fiction, color of Law,
95  fraud, starting with district court of Oregon Portland. Others to be added. I suggest RICO. That
96  includes the AG/ DOJ. I demand remedy.

97  As I understand this lawful position. The governance that is incorporated is not government. The
98  government operated by the Declaration of Independence 1776, Articles of Confederation still 4
99  corners on the table. Which, is overlaid with the Constitution of the United States of America?
100 That document is so convoluted it is a travesty. That did not get sorted out until 1819 and then
101 we operated as a Constitutional Republic 41 years.

102 We the people have had color of law, legal fiction since sine di 1861. Maybe that starting with
103 Abe's election, 1860. How did an attorney get elected to POSTUS? Congress, yes as they make
104 their own rules to govern themselves. There are some questions as to the lawful assumption of
105 the office of the President of the United States of America. This needs to be sorted out with
106 Donald J. Trump the current, alleged Postus. As there may be three distinct Presidents and they
107 may not all be in service.

108 *without State of Oregon/ without county/ at Washington under penalty of perjury sworn/ & signed/ declarant*    *[signature]*
     *Ronald Charles Vrooman*
     *on Oregon within the*
     *United States of America*
     *9/6/17*

**OFFICIAL STAMP**
**KIMBERLY D BERGER**
NOTARY PUBLIC-OREGON
COMMISSION NO. 964064
MY COMMISSION EXPIRES JULY 09, 2021

*County of Washington*
*State of Oregon*
*Kimberly C Berger*