Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

1  On Oregon IN THE UNITED STATES DISTRICT COURT aka District Court of the United
2  States FOR THE DISTRICT OF OREGON seeking jurisdiction and justice at   1000 SW 3rd
3  Ave, Portland in courthouse 740!

| # | | |
|---|---|---|
| 4 | Ronald Charles Vrooman ) | Case number: ex Parte Vrooman; 17-mc- |
| 5 | Party for Plaintiff Pro se and ) | 0323-JCC; 17-cv-0990-JCC; 17-cv-1261- |
| 6 | Ronald Charles Vrooman Private Attorney ) | JCC; 17-cv-0977-JCC; 17-cv-1051-JCC; |
| 7 | Generals by the United States Congress 42 U.S.C.1988 and18 U.S.C.1510 and 18 U.S.C. ) | 17-cv-1161-JCC |
| 8 | 1512 and to be known as "One of the People" also "Qualified Criminal Investigator" and ) | Failure to provide due process and violations of inalienable, civil and human |
| 9 | "Federal Witness" and by unrebutted affidavit. ) | rights and RICO. All are violations of 18 |
| 10 | Status identified and unrebutted. Others to be named and added later. | USC 3571 and other codes, thus of my inalienable rights guaranteed by our |
| 11 | Vrs. | Constitution. During the unlawful conduct |
| 12 | John Mercer et al | in their courts and in their paperwork proof of and incontrovertible evidence in their |
| 13 | Federal District Court of Oregon et al | own records of violation of governing law. |
| 14 | Beaverton City et al. | SCOTUS case law is law for all inferior courts. Thus my/our rights as/for |
| 15 | Federal District Court of Oregon et al. | Oregonians, non US citizens, free |
| 16 | Beaverton City et al. | inhabitants, and others as they are identified have been violated. |
| 17 | Katherine Brown et al. | Additional denials to be added into these |
| 18 | | cases.. |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

27  I do lawful not legal and this is my best effort. Filed into the record in courthouse 740 at The
28  1000 SW 3rd Ave location. All the documents, I have filed, are active. I need not state all that
29  information again.

30  However I must respond!!!

31  The conundrum is: being an American, a national, non US citizen, functioning/operating in the
32  corporate US governance environment. It has been concluded, by SCOTUS, that there are
33  Americans with Constitutional rights and US citizens with 14 amendment privileges. Both here
34  and now.

35  I deny the 14th amendment. All those involved with the 14th amendment are dead. It is a nullity.

36  However, the corporate governance in color of law has presented to everyone the rules and
37  statutes and unlawful amendments and Articles. Un ratified amendments enforced against
38  Americans. When they do not apply. They do this by fraud.

39  I deny all unlawful amendments. Which is: all amendments after 1861.

40  What are the solutions???

41  Some choose to keep quiet, don't cause any waves, don't argue or challenge, just go along to get
42  along. Some wish to be taken care of and trade their inalienable rights for privileges and pay the
43  fees. I consider them to be employees of some subdivision of the state of state. Homeland
44  security comes to mind. Drivers licenses for the general public abrogating our right to travel.
45  Passing gun control laws. Using a corporation, the FBI, to arrest free people that have no mala in
46  se crimes. Ever heard of the Pinkerton Act? Trials in courts that have no jurisdiction, either by
47  territory or subject matter. There are Foreign agents being elected and appointed to public office.
48  Corporate governance is made up of criminals doing crimes, we have the evidence. Usurpation
49  of power by executive, legislative and judicial is rampant and the example: They let each other
50  do it. Importing muslims that can never be Americans within a Constitutional Republic as they
51  are followers of islam and sharia. There is no mixing.  It is fraud upon the people.

52  I choose to take my guaranteed actions in court.

53  Some of us challenge the corporate governance on the street, in traffic court and other courts.
54  Our win loss ratio is not that good. Some of us do civil disobedience. You see a lot of liberals
55  doing that now. A woman of some stature stated, what they are doing is hate speech. I hate them
56  for what they say. She did not recognize the irony.

57  One solution is long range; start to teach government of the people. After the years of dumbing
58  down, that is long range. Look at the teachers we currently have. Berkeley wants free speech for
59  their liberals and a muzzle on dissent. How does that work? I find the judiciary, legislature and
60  executive on Oregon do not provide me with due process.

Ronald Charles Vrooman General delivery Beaverton, Oregon [97005] 503 641 8374
ronvrooman38@gmail.com

61   I deny the corporate governance of state of Oregon a subdivision of and its subdivisions provide
62   me, my guaranteed, due process as determined by governing law.

63   . A judge that is not a defendant may chose to take heed.

64

65   Without the state of Oregon, without the county of Washington,

66   Signed and sworn before me

67                         On Oregon within the United States of America  c1819   9/18/17

68

69

70

*Ronald Charles Vrooman* 9/18/17



State of Oregon
County of Washington
This record was acknowledged before me on September 18, 2017.
by. Ronald Charles Vrooman

Tiffani D. Morris